### 25478. CITY OF EAST POINT v. GATEWOOD et al.

FELTON, Justice. Where the appellee homeowners obtained a judgment granting a temporary injunction against the appellant city from trespassing upon their property by allowing surface water to accumulate thereon due to appellant's construction and maintenance of a street and a catch basin, the appellant's acquiescence in said judgment, by its installation of improvements on appellees' property which, by the appellees' uncontroverted admission, corrected the conditions enjoined, renders the appeal from the judgment granting the

temporary injunction moot; therefore, the appeal must be, and is,

*Dismissed. All the Justices concur.*

SUBMITTED OCTOBER 15, 1969—DECIDED NOVEMBER 6, 1969.

*Archer, Patrick, Sidener & Thomason, James H. Archer, Jr., R. William Hamner,* for appellant.

*Albert A. Roberts, Hutcheson, Kilpatrick, Watson, Crumbley & Brown, Lee Hutcheson, George T. Brown, Jr.,* for appellees.